UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------

**FILED - GR**

April 16, 2009 5:29 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RONALD LAVAR JOHNSON,
SOLOMON HAKEEM JOHNSON, and
KEITH NICKERSON

Defendants.

_____/

No.

Hon.

**1:09-cr-123**
**Paul L Maloney**
**Chief U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

On or about May 31, 2005, in Mecosta County, in the Southern Division of the Western

District of Michigan,

**RONALD LAVAR JOHNSON,**
**SOLOMON HAKEEM JOHNSON, and**
**KEITH NICKERSON**

did enter the First Bank of Lakeview, located at 101 East Fourth Street, Morley, Michigan, the

deposits of which were then insured by the Federal Deposit Insurance Corporation, and by force,

violence and intimidation, and through assault with a dangerous weapon, did take approximately

$9,394.91 from the presence of a bank employee, such money belonging to and in the care,

custody, control, management and possession of the bank, and did aid and abet this act.

**18 U.S.C. § 2113(a),(d)**
**18 U.S.C. § 2**

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
TIMOTHY VERHEY
Assistant United States Attorney