UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

FILED - GR

April 16, 2009 5:25 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RONALD LAVAR JOHNSON,
SOLOMON HAKEEM JOHNSON, and
KEITH NICKERSON ,

        Defendants.

_____/

No.

**1:09-cr-123**

**Paul L Maloney**
**Chief U.S. District Judge**

## NOTICE OF RELATED CASE

The United States of America, by and through Donald A. Davis, United States Attorney,

and Timothy P. VerHey, Assistant United States Attorney, submits that, pursuant to Western

District of Michigan Local Criminal Rule 56.5(d)(iii)(A), the above case is related to United

States v. Solomon Hakeem Johnson, et. al., Court No. 1:09-CR-29, assigned to Judge Janet T.

Neff, for the reason that another Indictment is pending against the same defendant.

DONALD A. DAVIS
United States Attorney

Dated: 4/15/09

TIMOTHY P. VERHEY
Assistant United States Attorney

**O R D E R**

The Court finds that the above case is   related / not related.

HON. JOSEPH G. SCOVILLE
U.S. Magistrate Judge

*Cases are deemed related under this rule only when the new case involves only the same defendant.*