FILED - HWB
April 20, 2009 2:32 PM
TRACEY CORDES  CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _____DDK____ /

AO 442     (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

## WESTERN   District of  MICHIGAN

UNITED STATES OF AMERICA
### V.
KEITH NICKERSON

### WARRANT FOR ARREST

Case Number:

## 1:09-cr-123
**Paul L Maloney**
**Chief U.S. District Judge**

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KEITH NICKERSON

Name

1672086

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

    bank robbery

in violation of Title  18 _____     United States Code, Section(s)   2113(a), (d) _____

JOSEPH G. SCOVILLE
Name of Issuing Officer

S. Copple, Deputy Clerk
Signature of Issuing Officer

U.S. MAGISTRATE
Title of Issuing Officer

4-16-09     GRAND RAPIDS, MICHIGAN
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Wyoming, MI |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/20/2009 | SEAN P BURNS, SA, FBI | |